IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| YOGESHWAR INC., d/b/a American Inn, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY INSURANCE and WEST BEND MUTUAL INSURANCE COMPANY, Wisconsin mutual companies,<br><br>Defendants. | CASE NO. 1:23-cv-22<br><br><br><br>**NOTICE OF REMOVAL<br>& LOCAL RULE 81 STATEMENT** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA, CEDAR RAPIDS DIVISION:

PLEASE TAKE NOTICE that, in accordance with 28 U.S.C. § 1441(a) and Northern District of Iowa Local Rule 81, removing party Society Insurance, Defendant in the state court action described below, by and through the undersigned counsel, now removes the action to this Court, stating the following in support:

### Introduction

1. On March 6, 2023, *Yogeshwar Inc., d/b/a American Inn v. Society Insurance and West Bend Mutual Insurance Company*, was commenced in the Iowa District Court of Dubuque County, Iowa, 1st Judicial District, located at 720 Central Avenue, Dubuque, Iowa 52001, as case number EQCV114486. That action challenges Defendant's declination to pay sums to Plaintiff for claimed losses over and above a valid appraisal award. It alleges one count requesting declaratory judgment

against the defendants, one count of breach of insurance contract, and one count of bad faith against each defendant.

## The Removal is Timely

2. On March 8, 2023, Defendant Society Insurance was served in Fond du Lac County, Wisconsin, by hand with an Original Notice of the Iowa District Court in and for Dubuque County and a Petition at Law.

3. This Notice of Removal is filed within thirty (30) days after service pursuant to 28 U.S.C. § 1446(b).

## Complete Diversity Exists as to All Parties

4. Society Insurance is a Wisconsin mutual company, with its principal place of business in Wisconsin. *See* 28 U.S.C. § 1332(c)(1) (establishing a corporation's citizenship to be the state of its incorporation and the state of its principal place of business).

5. West Bend Mutual Insurance Company is a Wisconsin mutual company, with its principal place of business in Wisconsin. *See id.*

6. Plaintiff is an Iowa limited liability company with its principal place of business in Dubuque County, Iowa.

7. These facts are indicated in the Petition, on its face. N.D. Iowa L.R. 81(a)(4).

8. Therefore, complete diversity exists. *See* 28 U.S.C. § 1332(a)(1) (citizens of different states are diverse).

## The Amount in Controversy Exceeds $75,000

9. Pursuant to 28 U.S.C. § 1332, original jurisdiction requires the sum or value of the lawsuit to exceed $75,000. The amount in controversy is to be judged at the time of the removal

by considering the claims of the named plaintiff. *Kessler v. Nat'l Enters., Inc.*, 347 F.3d 1076, 1080 (8th Cir. 2003). The controlling is "whether a fact finder might legally conclude" damages exceed the jurisdictional amount. *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002). Punitive damages alleged due to a bad faith cause of action against an insurer can also be grounds for removal when, by a preponderance of the evidence, the damages are shown to exceed the amount in controversy. *See Feller v. Hartford Life & Accident Ins. Co.*, 817 F. Supp. 2d 1097, 1102–03 (S.D. Iowa 2010).

10. Here, Plaintiff has alleged both contractual damages and the tort of bad faith against Society Insurance (Counts II and III, respectively) and West Bend Mutual Insurance Company (Counts IV and V, respectively).

11. Plaintiff's Petition "does not, on its face, indicate . . . the required amount in controversy". N.D. Iowa L.R. 81(a)(4). Therefore, per Local Rule 81, Defendant Society Insurance sets forth the following "statement of facts that demonstrate satisfaction of the[] jurisdictional requirement[]":

   a. In its Petition, Plaintiff contends, "to properly repair the Subject Property's roof, the entire roof needs to be replaced." Petition, para. 22.

   b. On August 27, 2021, Plaintiff submitted a Sworn Statement in Proof of Loss to Society Insurance, claiming the cost of replacement in the amount of $336,784.93.

   c. Therefore, the amount in controversy exceeds $75,000.

### Local Rule 81 Statement

12. Copies of all pleadings, process, and orders filed in the state case are attached as Exhibits A through F. *See* 28 U.S.C. § 1446(a); N.D. Iowa L.R. 81(a)(1).

13. No motions are pending in the state court. N.D. Iowa L.R. 81(a)(2).

14. The attorney representing Plaintiff is:

> Keisha N. Douglas
> CALIFF & HARPER, P.C.
> 1515 5th Avenue, Suite 700
> Moline, Illinois 61265
> T: 309-764-8300
> kdouglas@califf.com

15. The attorney representing Defendant West Bend Mutual Insurance Company is:

> J. Michael Weston
> LEDERER WESTON CRAIG PLC
> 118 Third Ave SE, Suite 700
> Cedar Rapids, Iowa 52406-1927
> T: 319-365-1184
> F: 319-365-1186
> mweston@lwclawyers.com

16. The undersigned attorney represents Defendant Society Insurance. *See* N.D. Iowa. L.R. 81(a)(3).

WHEREFORE, Defendant Society Insurance hereby removes the above-captioned matter from the Iowa District Court for Dubuque County, bearing Case Number EQCV114486 to the United States District Court for the Northern District of Iowa.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon counsel of the parties to this action on April 5, 2023, by CM/ECF.

/s/ *Adam D. Zenor*

ZENOR KUEHNER, PLC

By: /s/ *Adam D. Zenor*
    Adam D. Zenor, AT0009698

111 East Grand Avenue, Suite 400
Des Moines, IA 50309
Phone: 515/650-9005
Fax: 515/206-2654
adam@zenorkuehner.com

ATTORNEY FOR DEFENDANT
SOCIETY INSURANCE

Copy to:

Keisha N. Douglas
Califf & Harper, P.C.
1515 5th Avenue, Suite 700
Moline, IL 61265
kdouglas@califf.com
ATTORNEY FOR PLAINTIFF

J. Michael Weston
Lederer Weston Craig, PLC
118 Third Ave. SE, Suite 700
Cedar Rapids, IA 52406
mweston@lwclawyers.com
ATTORNEY FOR DEFENDANT WEST BEND MUTUAL INSURANCE COMPANY